

Thursday, September 1, 2011

No. 10–5004/AF. U.S. v. Ryan D. Humphries. CCA 37632. The motion of the United States for an enlargement of time to file a certificate for review is granted, *up to and including September 16, 2011*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

Friday, September 2, 2011

Misc. No. 12–8001/NA. Frank D. Wuterich, Appellant v. David M. Jones, Lieutenant Colonel, United States Marine Corps, in his official capacity as Military Judge, and the United States, Appellees. CCA 200800183. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.